JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYAL HANDICRAFTS, INC., ) | |
| ) | No. C 08-4465 MHP |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO EXTEND TIME** |
| ) | **WITHIN WHICH THE DEFENDANTS** |
| MICHAEL MUKASEY, Attorney General of ) | **MUST FILE AN ANSWER** |
| the United States; MICHAEL CHERTOFF, ) | |
| Secretary, Department of Homeland Security; ) | |
| JONATHAN SCHARFEN, Acting Director, ) | |
| U.S. Citizenship and Immigration Services; ) | |
| EVELYN UPCHURCH, Director, Texas Service ) | |
| Center, USCIS; GERARD HEINAUER, Director,) | |
| Nebraska Service Center, USCIS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Plaintiff, by and through its attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time within which the Defendants must serve its answer in the above-entitled action. The Defendants will file their answer on or before January 5, 2009.

///

///

///

Stipulation to Extend Time
C08-4465 MHP                                         1

| | | |
|---|---|---|
| 1 | Dated: November 26, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |

1  Dated: November 26, 2008            Respectfully submitted,

2                                      JOSEPH P. RUSSONIELLO
                                       United States Attorney
3

4
                                              /s/
5                                      _____
                                       ILA C. DEISS
6                                      Assistant United States Attorney
                                       Attorney for Defendants
7

8
   Dated: November 25, 2008                   /s/
9                                      _____
                                       MANPREET SINGH GAHRA
                                       Attorney for Plaintiff
10

11

12                              **ORDER**

13     Pursuant to stipulation, IT IS SO ORDERED.

14

15
   Date: 12/2/2008
16                                     _____
                                       [IT IS SO ORDERED /s/ Judge Marilyn H. Patel]
17

18

...

28
   Stipulation to Extend Time
   C08-4465 MHP                        2