1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11
ROYAL HANDICRAFTS, INC.,                )
12                                       ) No. C 08-4465 MHP
         Plaintiff,                      )
13                                       )
         v.                              ) **STIPULATION TO DISMISS AND**
14                                       ) **[PROPOSED] ORDER**
MICHAEL MUKASEY, Attorney General of    )
15 | the United States; MICHAEL CHERTOFF,   )
Secretary, Department of Homeland Security; )
16 | JONATHAN SCHARFEN, Acting Director,    )
U.S. Citizenship and Immigration Services; )
17 | EVELYN UPCHURCH, Director, Texas Service )
Center, USCIS; GERARD HEINAUER, Director,)
18 | Nebraska Service Center, USCIS,        )
                                         )
19 |     Defendants.                      )
         _____ )
20
21     Plaintiff, by and through its attorney of record, and Defendants, by and through their attorney
22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled
23 action without prejudice in light of the fact that the United States Citizenship and Immigration
24 Services adjudicated Plaintiff's I-140 applications.
25 ///
26 ///
27 ///
28
Stipulation to Dismiss
C08-4465 MHP                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: December 30, 2008                Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 | _____/s/_____
ILA C. DEISS
Assistant United States Attorney

7 | Attorney for Defendants

8

9
Dated: December 29, 2008        _____/s/_____
10 | MANPREET SINGH GAHRA
Attorney for Plaintiff

11

12

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15

16
Date:  1/5/2009
17

18

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation to Dismiss
C08-4465 MHP                                  2